WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **LANA HAHN,** | Case No. 3:12-cv-1310-CL |
| Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security,** | |
| Defendant. | |

Attorney fees in the amount of $4,113.52 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

DATED this _15_ day of _October_, 2013.

_____
United States District/Magistrate Judge

Submitted on September 16, 2013 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
　Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**LANA HAHN**,　　　　　　　　　　　　　　　　Case No. 3:12-cv-1310-CL

　　　Plaintiff,

vs.

**COMMISSIONER of Social Security**,　　　　STIPULATION REGARDING FEES
　　　　　　　　　　　　　　　　　　　　　　PURSUANT TO THE
　　　Defendant.　　　　　　　　　　　　　　　EQUAL ACCESS TO JUSTICE ACT

　　　This court reversed the Commissioner's decision. The parties, through their attorneys, agree that attorney fees in the amount of $4,113.52 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Payment shall be made via check sent to Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137. If no debt subject to offset under the Treasury Offset Program exists, payment shall be made in Tim Wilborn's name.

　　　DATED this day, September 16, 2013.

　　　　　　　　　　　　　　　　　s/ Tim Wilborn
　　　　　　　　　　　　　　　　　TIM WILBORN, OSB #944644
　　　　　　　　　　　　　　　　　(702) 240-0184
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　s/ Tim Wilborn for:
　　　　　　　　　　　　　　　　　John LaMont
　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　Signed per Authorization by Tim Wilborn

STIPULATION REGARDING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT
- Page 1